MERLE & HEANEY MANUFACTURING COMPANY v. W. A. WALLACE ET AL.

FILED JUNE 16, 1896.    No. 6717.

Opening Judgment: FINAL ORDER: REVIEW.

ERROR from the district court of Douglas county. Tried below before FERGUSON, J.

*L. D. Holmes* and *Wharton & Baird*, for plaintiff in error.

*McCabe, Wood & Elmer*, contra.

RYAN, C.

The facts in this case are the same as those stated in another case having the same title. (*Merle & Heaney*

*Mfg. Co. v. Wallace,* 48 Neb., 886.) Following the order in that case, the petition in error in this case is

DISMISSED.